**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

EDER M CUEVAS MORGAN, :
:
Petitioner, :
:
v. : CASE NO.: 1:26-CV-51 (LAG)
:
JOSEPH B EDLOW, *et al.*, :
:
Respondents. :
______________________________________:

# ORDER

Plaintiff filed a Petition for Writ of Mandamus (Doc. 1) on April 19, 2026. On April 20, 2026, the Clerk of Court issued summons to counsel for Plaintiff to be served on Defendants Joseph Edlow, Todd Blanche, William Keyes and Carrie Selby. (Docs. 2, 2-1, 2-2, 2-3). On August 4, 2026, the Court issued an Order to Show Cause directing Plaintiff to "show cause in writing . . . why this case should not be dismissed for failure to timely serve." (Doc. 3). The time to comply has passed, and Plaintiff has failed to serve Defendants or respond to the Court's Order. (*See* Docket). Accordingly, Plaintiff's Petition is **DISMISSED without prejudice**.

**SO ORDERED**, this 28th day of October, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**